THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARSENIO J. GRAY,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br><br>Defendant. | CASE NO. C11-2085-JCC<br><br>ORDER |

The Court, after careful consideration of the Plaintiff's Complaint, the parties' briefs, the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida, and the balance of the record, hereby finds and orders:

1) The Report and Recommendation is ADOPTED.
2) The Commissioner's decision is REVERSED and the case is REMANDED to the Social Security Administration for further proceedings consistent with the Report and Recommendation.
3) The Clerk is directed to send copies of this Order to the parties and to Judge Brian A. Tsuchida.

//
//
//

1 DATED this 21st day of May 2012.

John C. Coughenour
UNITED STATES DISTRICT JUDGE